130 So.2d 237

J. S. PHIFER

v.

CITY OF BIRMINGHAM.

6 Div. 681.

Court of Appeals of Alabama.

Dec. 13, 1960.

Rehearing Denied Jan. 17, 1961.

Arthur D. Shores and Orzell Billingsley, Jr., Birmingham, for appellant.

J. M. Breckenridge and Jas. G. Adams, III, Birmingham, for appellee.

HARWOOD, Presiding Judge.

Motion to strike transcript of evidence granted and affirmed on authority of White v. City of Birmingham, ante, p. 181, 130 So. 2d 231.

Certiorari denied, 272 Ala. 708, 130 So.2d 237.

133 So.2d 705

Robert D. SANDERS

v.

CITY OF BIRMINGHAM.

6 Div. 801.

Court of Appeals of Alabama.

May 30, 1961.

Rehearing Denied June 20, 1961.

Arthur D. Shores, Peter A. Hall, Orzell Billingsley, Jr., Oscar W. Adams, Jr., and J. Richmond Pearson, Birmingham, for appellant.

Watts E. Davis and Wm. C. Walker, Birmingham, for appellee.

PRICE, Judge.

Affirmed on authority of Gober v. City of Birmingham, ante, p. 313, 133 So.2d 697.

130 So.2d 236

F. L. SHUTTLESWORTH

v.

CITY OF BIRMINGHAM.

6 Div. 680.

Court of Appeals of Alabama.

Dec. 13, 1960.

Rehearing Denied Jan. 17, 1961.

Arthur D. Shores and Orzell Billingsley, Jr., Birmingham, for appellant.

J. M. Breckenridge and Jas. G. Adams, III, Birmingham, for appellee.

CATES, Judge.

Motion to strike transcript of evidence granted and affirmed on authority of White v. City of Birmingham, ante, p. 181, 130 So. 2d 231.

Certiorari denied, 272 Ala. 146, 130 So.2d 231.